McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Attorneys at Law
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Attorneys for Defendants,
ING Financial Services Corporation Welfare
Benefit Plan, ING Financial Services Corporation,
and Metropolitan Life Insurance Company

By: _____
　　Randi F. Knepper

USDC
DOC
DATE FILED: 4/1/09

RECEIVED
CHAMBERS OF
APR 01 2009
JUDGE SCHEINDLIN

|  |  |
|---|---|
| PHILIP MANGERINO, | UNITED STATES DISTRICT COURT |
|  | SOUTHERN DISTRICT OF NEW YORK |
| Plaintiff, |  |
|  | CIVIL ACTION NO.: 08-8974 (SAS) |
| v. |  |
| THE ING FINANCIAL SERVICES CORP. WELFARE BENEFIT PLAN, ING FINANCIAL SERVICES CORP., as Plan Administrator, and THE METROPOLITAN LIFE INSURANCE COMPANY, |  |
| Defendants. |  |

## CIVIL ACTION – CONSENT ORDER OF DISMISSAL

THIS MATTER having been opened to the Court upon the application of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for defendants, ING Financial Services Corporation Welfare Benefit Plan, ING Financial Services Corporation and Metropolitan Life Insurance Company, upon notice to and with the consent of DeHaan Busse, LLP., attorneys for plaintiff, Philip Mangerino, and the Court having reviewed all pleadings and proceedings in this matter, having noted

the consent of counsel and finding good cause existing for the entry of the within Order;

IT IS on this ___1___ day of ___April___, 2009

ORDERED that this civil action be and the same hereby is dismissed with prejudice and without attorneys' fees or costs assigned to the parties; and be it further

ORDERED that the Court shall retain jurisdiction limited to any action or proceeding brought by any party seeking to enforce the terms and provisions of the settlement between the parties.

_____
Hon. Shira A. Scheindlin, U.S.D.J.

The undersigned attorneys hereby consent to the form, content and entry of the within Order:

**DeHAAN BUSSE, LLP**
Attorneys for Plaintiff,
Philip Mangerino

By: _____
      Paul M. Kampfer, Esq.


**MCELROY, DEUTSCH, MULVANEY**
**& CARPENTER, LLP**
Attorneys for Defendants,
ING Financial Services Corporation Welfare
Benefit Plan, ING Financial Services Corporation
and Metropolitan Life Insurance Company

By: _____
      Allendi R. Krepper, Esq.